Patricia Halstead, Esq.
NV Bar No. 6668
615 S. Arlington Ave.
Reno, NV 89509
(775) 322-2244
(775) 465-4144 – facsimile
phalstead@halsteadlawoffices.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES B. EASLEY, SR. and PATRICIA A. EASLEY, | D.C. No. 2:15-CV-00395-LDG |
| | BK-S-12-22239-GS |
| Appellants, | |
| vs. | Chapter 13 |
| COLLECTION SERVICE OF NEVADA, | 9th Cir. Case No.: 17-16506 |
| Appellee. / | |

<u>CORRECTED APPELLEE'S DESIGNATION OF ADDITIONAL PARTS
OF THE RECORD TO BE INCLUDED</u>
(Caption Corrected)

    Comes now Collection Service of Nevada by and through its counsel Patricia Halstead of Halstead Law Offices and hereby submits this Designation of Additional Parts of the Record to be Include and to be considered in addition to the record designated by Appellant, specifically:

| <u>Filing Date</u> | <u>Docket No.</u> | <u>Description</u> |
|---|---|---|
| 10/19/15 | D.C. Dkt. 20 | Easley's Supplemental Authority |
| 10/23/15 | D.C. Dkt 21 | CSN Response to Supplemental Authority |

    Respectfully submitted this 6th day of December, 2017.

                                                    <u>/s/Patricia Halstead</u>
                                                   Attorney for CSN
                                                   NV Bar No. 6668
                                                   615 S. Arlington Ave.
                                                   Reno, NV 89509
                                                   (775) 322-2244

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee or otherwise affiliated with Halstead Law Offices and that on the 5th day of December 2017, I caused a true and correct copy of the foregoing document, titled CORRECTED APPELLEE'S DESIGNATION OF ADDITIONAL PARTS OF THE RECORD TO BE INCLUDED to be filed with the Clerk of the Court using the CM/ECF System and, as such, electronic notice has been provided to the following:

Christopher P. Burke, Esq.
218 S. Maryland Pkwy.
Las Vegas, NV 89101

Dated this 6th day of December 2017.

/s/ Patricia Halstead